IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:14-CV-085-RJC-DCK

| | |
|---|---|
| SAMANTHA R PENDERGRASS, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| WALMART STORES EAST, LP, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The mediator, Larry L. Ross, filed a "Certification Of ADR Session" (Document No. 14) notifying the Court that the parties reached a settlement on June 27, 2014. The Court commends the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case, or in the alternative request an extension of time to file such dismissal, on or before **July 25, 2014**.

**SO ORDERED**.

Signed: June 30, 2014

David C. Keesler
United States Magistrate Judge